# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

| | |
|---|---|
| TOMMY DAVIS CONSTRUCTION, INC., ) ) | |
| Plaintiff, ) ) | JUDGMENT |
| v. ) ) | |
| CAPE FEAR PUBLIC UTILITY ) AUTHORITY and NEW HANOVER ) COUNTY, ) | Case No. 7:13-CV-2H |
| Defendants. ) | |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED plaintiff's motion for summary judgment is granted and defendants' motion for summary judgment is denied. Plaintiff shall have and recover $34,268.96, together with pre-judgment interest at the rate of 6% per annum from July 13, 2006 until date of entry of judgment. Post-judgment interest shall accrue at the federal, post-judgment rate of 0.11% until the judgment is satisfied.**

<u>This Judgment Filed and Entered on July 8, 2014, with service via CM/ECF Notice of Electronic Filing on</u>:
Bradley Coxe
Jeremy Wilson
Ryal Tayloe
James Morgan, Jr.
Bradley Wood

| | |
|---|---|
| July 8, 2014 | JULIE A. RICHARDS, CLERK |
| | <u>/s/ Lisa W. Lee</u> |
| | (By): Lisa W. Lee, Deputy Clerk |