## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| TOMMY DAVIS CONSTRUCTION, INC., )<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAPE FEAR PUBLIC UTILITY )<br>AUTHORITY and NEW HANOVER )<br>COUNTY, )<br>Defendants. ) | JUDGMENT<br><br>Case No. 7:13-CV-2H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED plaintiff's motion for summary judgment is granted and defendants' motion for summary judgment is denied. Plaintiff shall have and recover $34,268.96, together with pre-judgment interest at the rate of 6% per annum from July 13, 2006 until date of entry of judgment. Post-judgment interest shall accrue at the federal, post-judgment rate of 0.11% until the judgment is satisfied.**

This Judgment Filed and Entered on July 8, 2014, with service via CM/ECF Notice of Electronic Filing on:
Bradley Coxe
Jeremy Wilson
Ryal Tayloe
James Morgan, Jr.
Bradley Wood

July 8, 2014                                         JULIE A. RICHARDS, CLERK

                                                     /s/ Lisa W. Lee
                                                     (By): Lisa W. Lee, Deputy Clerk