IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:13-cv-0002-BR

TOMMY DAVIS CONSTRUCTION INC.,   )
)
Plaintiff,   )
)
v.   )   ORDER GRANTING ATTORNEY FEES
)   AND NONTAXABLE COSTS
CAPE FEAR PUBLIC UTILITY   )
AUTHORITY and NEW HANOVER   )
COUNTY,   )
Defendants.   )
)
)
_____   )

THIS CAUSE COMING ON to be heard and being heard before the undersigned Judge upon Plaintiffs' Motion for Attorney Fees and Nontaxable Costs pursuant to Rule 54(d) of the Federal Rules of Civil Procedure; the Court finds as follows:

1. An order for summary judgment was entered for Plaintiff on July 7, 2014 by the Honorable Malcolm J. Howard, Senior United States District Judge for $34,268.96 together with pre-judgment interest at the rate of 6% per annum from July 13, 2006 and directed the clerk to enter judgment.

2. Pursuant to the order for summary judgment, a Judgment was entered on July 8, 2014 by Lisa W. Lee, Deputy Clerk.

3. Attorney fees are allowed in this matter pursuant to N.C.G.S. § 6-21.7 against both Defendants.

4. That Plaintiff's Motion for attorneys fees is GRANTED in the amount of $36,662 and that Defendant is hereby ordered to pay to the office of counsel for the Plaintiff, within \_\_\_\_\_ days from the entry of this order, certified funds in the amount of $36,662; and

5. That Plaintiff's Motion for nontaxable costs is GRANTED in the amount of $270 and that Defendant is hereby ordered to pay to the office of counsel for the Plaintiff, within \_\_\_\_\_ days from the entry of this order, certified funds in the amount of $270.

Entered this the \_\_\_\_\_ day of _____, 2014.

_____
The Honorable Judge Presiding