# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| **TOMMY DAVIS CONSTRUCTION INC.,** ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **CAPE FEAR PUBLIC UTILITY AUTHORITY and NEW HANOVER COUNTY,** ) <br> Defendants. ) | **JUDGMENT** <br><br> No. 7:13-CV-2-H |

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

IT IS ORDERED, ADJUDGED AND DECREED Plaintiff is awarded $20,270.00 in attorney's fees and costs. Interest shall accrue at the federal, post-judgment rate until the judgment is satisfied.

This Judgment Filed and Entered on October 2, 2014, with service with service via CM/ECF Notice of Electronic Filing on:

Bradley A. Coxe

Jeremy M. Wilson

Ryal W. Tayloe

James R. Morgan, Jr.

Bradley Owen Wood

|  |  |
|---|---|
| October 2, 2014 | JULIE A. RICHARDS, CLERK |
|  | /s/ Lisa W. Lee |
|  | (By): Lisa W. Lee, Deputy Clerk |